UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND CARR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2839** |
| **ED GONZALEZ** | **SECTION: H** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that Petitioner Raymond Carr's federal application for habeas corpus relief is **DISMISSED WITH PREJUDICE** on the basis of improper venue and lack of subject matter jurisdiction.

New Orleans, Louisiana, this 7th day of May, 2021.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**